IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of
Gerald Herbert Scher - #141175

No. C 11-mc-80160WHA

**ORDER TO SHOW CAUSE
RE SUSPENSION**

/

On June 12, 2011, this Court ordered respondent Gerald Herbert Scher to show cause in writing, on or before August 26, 2011, as to why his name should not be removed from the roll of attorneys authorized to practice before this Court, pending further notice from the State Bar of California.

On August 25, Mr. Scher filed a response stating that he was placed on a period of actual suspension from the State Bar of California commencing on June 18, 2011 and set to terminate around September 16, 2011. Mr. Scher attached an order approving his actual suspension. He further requested that his privilege to practice before the Northern District of California be reinstated upon proof of his reinstatement as an active member in good standing with the State Bar of California.

Mr. Scher is hereby ordered to file a written declaration stating whether or not he has been reinstated as an active member in good standing with the State Bar of California, due by **NOVEMBER 19, 2012**,

**IT IS SO ORDERED.**

Dated: September 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

cc: STATE BAR OF CALIFORNIA