IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Gerald Scher

    State Bar No. 141175.

                                      /

No. C 11-80160 WHA

**ORDER RE SUSPENSION**

In September 24, an order to show cause issued as to why Attorney Gerald Scher's membership in the bar of this Court should not be suspended based on his suspension by the State Bar of California, effective June 18, 2011.

On November 14, 2012, Attorney Scher timely provided proof of reinstatement by the State Bar, effective September 19, 2012.

Therefore, Attorney Sternberg shall not be suspended by this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE